USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2026

BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Eric R. Fish
direct dial: 212.589.4647
efish@bakerlaw.com

Bonnie DelGobbo
bdelgobbo@bakerlaw.com

October 30, 2026

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

*Re: Sorkin v. Fortuna Media (USA) Corporation, No. 1:26-cv-03772-MKV*

Dear Judge Vyskocil:

We represent Defendant Fortune Media (USA) Corporation and submit this joint letter on behalf of Defendant and Plaintiff Adam Sorkin.

The parties are engaging in settlement discussions and respectfully request that the Court stay this action, including all pending deadlines and discovery, for 30 days from entry of the Court's order granting the stay to facilitate those discussions and conserve the resources of the parties and the Court. The parties propose to file a joint status report with the Court regarding settlement by December 1, 2027. If settlement discussions have concluded and were unsuccessful, the parties will propose in that status report revised dates to complete limited discovery into whether the parties entered into an agreement to arbitrate the claims in Plaintiff's complaint.

Neither party waives any defenses or arguments by virtue of requesting or agreeing to the stay, including any arguments concerning arbitration, arbitrability, or the enforcement of any arbitration agreement. All such rights, claims, defenses, objections, and arguments are expressly reserved.

**VIA ECF**

October 30, 2026
Page 2

Respectfully submitted,

Baker & Hostetler LLP

Bonnie DelGobbo

The Parties' request to stay this action and all pending deadlines and discovery is DENIED. The Parties may request an extension of time for any deadline by letter motion pursuant to this Court's Individual Rules of Practice in Civil Cases.

**Date: October 30, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge